

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00845-CV

Eric C. **SANDERS** and Carrie L. Sanders,
Appellants

v.

**AMERICAN HOME MORTGAGE SERVICING, INC.**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17353
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's judgment in favor of appellee American Home Mortgage Servicing, Inc. is AFFIRMED.

It is ordered that appellee American Home Mortgage Servicing, Inc. recover its costs of this appeal from appellants Eric C. Sanders and Carrie L. Sanders.

SIGNED February 25, 2015.

Marialyn Barnard